William M. Krieg, SBN 066485
Eric M. Kapigian, SBN 238733
KEMNITZER, BARRON & KRIEG, LLP
2014 Tulare Street, Suite 700
Fresno, CA  93721
Telephone (559)441-7485
Facsimile (559)441-7488

Attorneys for LUIS MANUEL MORA, individually, and on behalf of the class

David C. Powell, Esq.
Heather B. Hoesterey, Esq.
REED SMITH LLP
P. O. Box 7936
San Francisco, CA 94111-3922
Telephone: 415/543-8700

Attorneys for Defendant HARLEY-DAVIDSON CREDIT CORP.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MANUEL MORA, individually, and on behalf of the class,<br><br>          Plaintiff,<br><br>vs.<br><br>HARLEY-DAVIDSON CREDIT CORP., a corporation; and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No.: 1:08-CV-01453-OWW-GSA<br><br>STIPULATION FOR MODIFICATION OF SCHEDULING ORDER; ORDER |

    Plaintiff by and through their counsel of record and defendant by and through their counsel of record stipulate as follows.

    1.    The Court's Second Scheduling Conference Order, dated February 11, 2010 directed Cross-motions for summary judgment be filed in June through July of 2010, with hearing on the motions scheduled for August 16, 2010.  To accommodate the Court's schedule and that of the parties, the Court continued hearing on the matter to October 8, 2010 and Plaintiffs filed a proposed order reflecting the Court's dispositive ruling on the motions.

---

STIPULATION FOR MODIFICATION OF SCHEDULING ORDER; ORDER

2. So that reasonable expedition of the action may continue, the parties stipulate, and respectfully request, that the Court modify its February 11, 2010 Scheduling Order in this matter as follows:

|  |  | Date | New Date |
|---|---|---|---|
| a. | Discovery (includes both written discovery and deposition testimony) cut-off date | 11/15/2010 | 08/15/2011 |
| b. | Initial Expert disclosures | 02/01/2011 | 09/15/2011 |
| c. | Exchange of expert writings or reports | 02/01/2011 | 09/15/2011 |
| d. | Expert discovery cut-off |  | 11/01/2011 |
| e. | Non-dispositive Pre-Trial Motions including Discovery Motions filing deadline | 11/26/2010 | 12/16/2011 |
| f. | Non-dispositive Pre-Trial Motions to be heard |  | 01/20/2012 |
| g. | All Dispositive Pre-trial Motions filing deadline | 12/16/2010 | 02/24/2012 |
| h | Dispositive Pre-Trial Motions to be heard |  | 03/26/2012 |

3. The parties agree that this stipulation may be signed in counterpart.

Dated: November 4, 2010                             KEMNITZER, BARRON & KRIEG, LLP

                                                    /s/ WILLIAM M. KRIEG, ESQ.
                                            By:    _____

                                                    WILLIAM M. KRIEG,
                                                    Attorney for Plaintiff and the class

Dated: November 4, 2010                                     REED SMITH LLP

                                                    /s/ HEATHER B. HOESTEREY, ESQ.
                                            By:    _____

                                                    HEATHER B. HOESTEREY,
                                                    Attorney for Defendant, HARLEY-
                                                    DAVIDSON CREDIT CORP.

<u>ORDER</u>

The parties having stipulated and good cause appearing therefore IT IS HEREBY ORDERED that:

(1) the discovery cut-off date (includes both written discovery and deposition testimony) be continued to August 15, 2011;

(2) the date for initial expert disclosures be continued to September 15, 2011;

(3) the date for the exchange of expert writings or reports be continued to on or before September 15, 2011;

(4) Expert discovery cut-off date to be November 1, 2011

(5) the date for the filing of all Non-dispositive Pre-Trial Motions (including Discovery Motions) will be continued to December 16, 2011; and;

(6) Non-dispositive pre-trial motions to be heard on January 20, 2012.

(7) the date for the filing of all Dispositive Pre-trial Motions will be continued to February 24, 2012;

(8) Dispositive pre-trial motions to be heard on March 26, 2012.

<u>IT IS SO ORDERED.</u>

**Dated:     November 4, 2010**                    /s/ Oliver W. Wanger
<u>                                                                         UNITED STATES DISTRICT JUDGE</u>