1  William M. Krieg, SBN 066485
   Eric M. Kapigian, SBN 238733
2  KEMNITZER, BARRON & KRIEG, LLP
   2014 Tulare Street, Suite 700
3  Fresno, CA  93721
   Telephone (559)441-7485
4  Facsimile (559)441-7488

5  Attorneys for LUIS MANUEL MORA, individually, and on behalf of the class

6  David C. Powell, Esq.
   Heather B. Hoesterey, Esq.
7  REED SMITH LLP
   P. O. Box 7936
8  San Francisco, CA 94111-3922
   Telephone: 415/543-8700
9
   Attorneys for Defendant HARLEY-DAVIDSON CREDIT CORP.
10

11

12                     UNITED STATES DISTRICT COURT

13                     EASTERN DISTRICT OF CALIFORNIA

14

15 | LUIS MANUEL MORA, individually, and    ) Case No.: 1:08-CV-01453-AWI-BAM
   | on behalf of the class,                )
16 |                                         ) **STIPULATION FOR MODIFICATION OF**
   |           Plaintiff,                    ) **SCHEDULING ORDER; ORDER**
17 |                                         )
   | vs.                                    )
18 |                                         )
   | HARLEY-DAVIDSON CREDIT CORP., a         )
19 | corporation; and DOES 1 through 10,     )
   | inclusive,                              )
20 |                                         )
   |           Defendants.                   )
21 |                                         )

22

23      Plaintiff by and through his counsel of record and defendant by and through its counsel of

24 record stipulate as follows:

25      1.   The parties are scheduled to participate in mediation through JAMS on December

26 14, 2011 in hope of settling the case.  If mediation successfully resolves the case, the parties

27 anticipate making a motion for preliminary approval of the settlement.  If the case cannot be

28 settled, Plaintiff expects to prepare and file his motion for class certification.

STIPULATION FOR MODIFICATION OF SCHEDULING ORDER;  ORDER

    2.    In order to allow the parties to complete mediation and settlement efforts, the parties hereby stipulate, and respectfully request, that the Court modify the Scheduling Order entered herein on November 5, 2010 as follows:

|   |   | Date | New Date |
|---|---|---|---|
| a. | Non-dispositive Pre-Trial Motions including Discovery Motions filing deadline | 12/16/2011 | 02/24/2012 |
| b. | Non-dispositive Pre-Trial Motions to be heard | 01/20/2012 | 03/26/2012 |

This Stipulation and Order shall not alter any other dates or deadlines as set forth in the November 5, 2010 Scheduling Order.

    3.    The parties agree that this stipulation may be signed in counterparts.

Dated: December 6, 2011                    KEMNITZER, BARRON & KRIEG, LLP

By:  /s/ William M. Krieg, Esq.
       _____

WILLIAM M. KRIEG,
Attorney for Plaintiff and the class

Dated: December 7, 2011                    REED SMITH LLP

By:  /s/ Heather B. Hoesterey, Esq.
       _____

HEATHER B. HOESTEREY,
Attorney for Defendant, HARLEY-DAVIDSON CREDIT CORP.

ORDER

The parties having stipulated and good cause appearing therefore IT IS HEREBY ORDERED that:

(1) the final date for filing Non-dispositive Pre-Trial Motions, including Discovery Motions, are continued to February 24, 2012, and;

(2) Non-dispositive Pre-Trial Motions will be heard on March 26, 2012.

All other dates and deadlines shall remain as set forth in the November 5, 2010 Scheduling Order.

IT IS SO ORDERED.

Dated:   **December 7, 2011**              /s/ **Barbara A. McAuliffe**
                                        UNITED STATES MAGISTRATE JUDGE