UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MANUEL MORA, individually, and on behalf of the class,<br><br>        Plaintiff,<br><br>vs.<br><br>HARLEY-DAVIDSON CREDIT CORP., a corporation; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.: 1:08-CV-01453-AWI-BAM<br><br>**ORDER VACATING SETTLEMENT CONFERENCE; SETTING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

On June 5, 2013, the parties filed a Stipulation to vacate the settlement conference currently set for June 11, 2013. (Doc. 127.) The parties represented they have reached a class-wide settlement, and intend to file their Joint Motion for Preliminary Approval of Class Action Settlement on or before June 10, 2013. Id. Based on the Stipulation of the parties, the Settlement Conference currently set for June 11, 2013 is VACATED. The parties shall file their Joint Motion for Preliminary Approval of Class Action Settlement on or before June 10, 2013.

IT IS SO ORDERED.

Dated:   June 6, 2013           /s/ **Barbara A. McAuliffe**
                                                 UNITED STATES MAGISTRATE JUDGE